

**NUMBER 13-14-00293-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**SAN PATRICIO COUNTY, TEXAS,**                                          **Appellant,**

**v.**

**NUECES COUNTY, TEXAS AND**
**NUECES COUNTY APPRAISAL DISTRICT,**                          **Appellees.**

---

On appeal from the 94th District Court
of Nueces County, Texas.

---

# O R D E R

**Before Justices Benavides, Perkes, and Longoria**
**Order Per Curiam**

This cause is before the Court on appellant's unopposed motion to direct the trial court clerk to forward an original exhibit to this Court. Specifically, appellant requests attachments 2, 3, and 4 to the affidavit of Rufino Lozano, the Chief Appraiser of the San Patricio County Appraisal District, which is exhibit 15 to San Patricio County's motion for

summary judgment in Cause No. 09-5990-C.   Copies of such exhibit are located in the clerk's record at pages 1575-77, but are not legible.

The Court, having fully examined and considered appellant's motion to direct the trial court clerk to forward an original exhibit, is of the opinion that the motion should be granted.   Appellant's motion is hereby GRANTED.   The clerk of the trial court is hereby ORDERED to forward attachments 2, 3, and 4 to the affidavit of Rufino Lozano, the Chief Appraiser of the San Patricio County Appraisal District, which is exhibit 15 to San Patricio County's motion for summary judgment admitted in Cause No. 09-5990-C to this Court within fifteen days from the date of this order.

PER CURIAM

Delivered and filed the
19th day of December, 2014.